## 37233. KEETER v. STATE OF GEORGIA, ex rel. KEETER.

UNDERCOFLER, Justice.

Keeter's ex-wife and three children live in North Carolina; he lives in Clayton County. The ex-wife, through the state, had filed a URESA action against him, and he had been cited for contempt several times. This is an appeal from the latest contempt citation. It must, however, be dismissed for failure to file for a discretionary appeal under Code Ann. § 6-701.1.

*Appeal dismissed. All the Justices concur.*

DECIDED MARCH 3, 1981.

*Harvey A. Monroe,* for appellant.
*Robert E. Keller, District Attorney, Perry Fletcher, Assistant District Attorney,* for appellee.